IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| Dennis Vigen, Personal Representative Estate of Rodney A. Vigen, | ) ) ) | Case No. 3:13-cv-14 |
| Plaintiff, | ) ) | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| -vs- | ) ) | |
| United States of America acting by & through Department of Veterans Affairs, | ) ) ) | |
| Defendant. | ) | |

The Court has received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff's complaint be dismissed without prejudice. Plaintiff has not filed an objection or any other response with the Court.

The Court has reviewed the Report and Recommendation along with the entire file, and finds the Magistrate Judge's recommendations are appropriate. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Plaintiff's complaint is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 11th day of March, 2014.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court